## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

GCI Consolidated, LLC

                                                                     Plaintiff,

v.                                                                                  Case No.: 1:23−cv−03807

                                                                                   Honorable Sharon Johnson Coleman

Allied Property and Casualty Insurance Company

                                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 3, 2023:

       MINUTE entry before the Honorable Sharon Johnson Coleman: The in−person status hearing set for 8/15/2023 is stricken and reset to 9/11/2023 at 10:45 AM. The parties are to file a joint status report in the format described on the court's website at www.ilnd.uscourts.gov at least 3 business days prior to the status. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.