# EXHIBIT A



6870 Corporate Center Parkway
Suite 107
Jacksonville, FL 32216
Phone: (800) 890-4835
www.itelinc.com

| Attn: | **Simon Zelikman** | From: | **ITEL Customer Experience Dept.** |
|---|---|---|---|
| To: | **Beyond Custom Co** | Email: | **customerexperience@itelinc.com** |
| Email: | **sam@beyondcustomco.com** | | |

# TILE ROOFING EVALUATION

## CUSTOMER INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Customer: | **Generic Customer/, FL** | Control #: | **FRS8038618** | Additional: | **Beyond Custom Co** |
| Cust ID: | **CUST0004** | Date Received: | **11/15/2021** | Vendor Job#: | |
| Adjuster: | **Pre-Paid Not a Bill** | Date Invoiced: | **11/16/2021** | Contact: | **Simon Zelikman, sam@beyondcustomco.com** |
| Comments: | | | | | |

## INSURED INFORMATION

| | | | |
|---|---|---|---|
| Claim #: | **265923-GM** | Loss Date: | **8/10/2021** |
| Insured Name: | **GCI Consolidated LLC** | Area Damaged: | |
| City,State,Zip: | **Algonquin, IL 60102** | | |
| Comments: | | | |

## ORIGINAL PRODUCT

| **Brand** | **Line** | **Color** |
|---|---|---|

Comments: The exact original manufacturer of the sample provided could not be determined. There ARE SIMILAR MATCH(ES). Based on detailed color granule comparison, the selection(s) listed are the closest possible in overall physical characteristics and color comparisons. Installers should verify visual and dimensional compatibility before purchasing and installing replacement products. /

## SIMILAR MATCH(ES)

| *Similarity Rating | **Brand** | **Line** | **Color** |
|---|---|---|---|
| 2 | Vande Hey Raleigh | Riviera | |

**Local Distributor/Supplier:** Approx. 5 miles away, ABC Supply #202, 815-444-7207, Crystal Lake, IL 60014
**Local Distributor/Supplier:** Approx. 9 miles away, ABC Supply #575, 847-628-6048, Elgin, IL 60123
**Local Distributor/Supplier:** Approx. 10 miles away, ABC Supply #406, 847-487-7810, Wauconda, IL 60084
**Manufacturer Contact Info:** Vande Hey Raleigh / www.vrmtile.com / (800) 236-8453

Comments: The selection(s) listed are the closest product currently produced based on the physical properties and profile of the available sample. This product is a similar profile match; however, this product is not a suitable individual tile repair type product and only recommended as a possible total Slope/Elevation repair type product matching the original sample physical specifications and profile appearance. Similar color patterns are available from the manufacturer, however, due to weathering of the original color, initial color appearance may vary. /

*Similarity Rating: 1- Exact matching profile and lug pattern(candidate for same slope repair), 2- Excellent profile match, slight difference in interlocking mechanism/lug pattern ( candidate for full elevation/slope repair product) 3- Comparable profile match, no suitable repair match found, (This product is not intended as a repair type product, but rather a similar replacement type product for cost analysis.)

## TILE ANALYSIS

| | | | |
|---|---|---|---|
| Body Composition: | **Concrete** | Tile Profile: | **Double S** |
| Surface Texture: | **Smooth** | Surface Texture 2: | **N/A** |
| Coloration Method: | **Oxide Thru Body** | Visual: | **Variegated** |
| Edge Texture: | **Smooth** | Edge Shape: | **Square** |
| Valley Type: | **Square** | Interlocking: | **Yes** |
| Width: | **10.250** | Tapered: | **No** |
| Height: | **15.375** | Projection Height: | **0.000** |
| Comments: | Installers should verify visual and dimensional compatibility before purchasing and installing replacement products. / | | |

## COMMENTS

The original sample received is in multiple pieces and is no longer a complete tile. /

## INVOICE

| | | | |
|---|---|---|---|
| Control #: | **FRS8038618** | Test Fee: | **$187.00** |
| Customer ID: | **CUST0004** | Shipping: | **$15.58** |
| | | Total Due: | **$202.58** |
| **Please note Customer ID # and Control # on all correspondence.** | | **FEDERAL TAX ID NUMBER: 26-2574564** | |
| Comments: | THIS INVOICE IS FOR YOUR RECORD ONLY! Our records indicate that this invoice has been pre-paid by credit card or check. / | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GCI CONSOLIDATED, LLC d/b/a | ) | |
| GOLF CLUB OF ILLINOIS LINKS | ) | |
| LIMITED PARTNERSHIP ROLLING | ) | |
| KNOLLS, LLC | ) | |
|     Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | CASE NO. 1:23-cv-3801 |
| ALLIED PROPERTY AND | ) | |
| CASUALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## BUSINESS RECORDS AFFIDAVIT

I, Stephen Brady, declare:

1. I am over the age of eighteen and am of sound mind.

2. I have personal knowledge of the matters contained herein, and I am familiar with the issues involved in this litigation.

3. I am employed at Nationwide Mutual Insurance Company as a *Claims manager*. As part of my role as *Claims manager*, I am familiar with the record keeping process at Allied Property and Casualty Insurance Company ("Allied") for claims documents and materials.

4. Attached as Exhibit A is a true and accurate copy of the ITEL report produced by Plaintiff during the investigation into Plaintiff's property loss claim. Exhibit A is kept in the regular course of business at Allied as part of Plaintiff's claim file materials.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct and that this Declaration was executed in *Glen Arm, MD* on September 7, 2023.

September 7, 2023

## **VERIFICATION BY CERTIFICATION PURSUANT TO SECTION 1-109**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, and as such to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Stephen Brady