# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

GCI Consolidated, LLC

                              Plaintiff,

v.                                             Case No.: 1:23−cv−03807

                                                          Honorable Sharon Johnson Coleman

Allied Property and Casualty Insurance Company

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 8, 2023:

       MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff to file a response to defendant's motion to dismiss [13] by 9/29/2023. Defendant to file a reply by 10/13/2023. Once the matter is fully briefed, the Court shall take it under advisement. As this Court's website directs, the parties must provide courtesy copies in hard copy form of all substantive and/or dispositive motions, including the corresponding legal briefs and attachments. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.