UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GCI CONSOLIDATED, LLC d/b/a GOLF CLUB OF ILLINOIS LINKS LIMITED PARTNERSHIP ROLLING KNOLLS, LLC | ) ) ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | CASE NO. 1:23-cv-03807 |
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) ) ) | |
| *Defendant.* | ) | |

## CERTIFICATE OF INTERESTED PARTIES

NOW COMES, through the undersigned counsel, Plaintiff, GCI Consolidated, LLC d/b/a Golf Club of Illinois Links Limited Partnership Rolling Knolls, LLC ("Plaintiff"), and submits this *Disclosure of Interested Parties.*

## DISCLOSURE OF INTERESTED PARTIES

Plaintiffs hereby certify that the following parties are financially interested in the outcome of this litigation:

1. **Plaintiff:** GCI Consolidated, LLC d/b/a Golf Club of Illinois Links Limited Partnership Rolling Knolls, LLC

    GCI Consolidated LLC is not publicly traded and no publicly traded corporation or company owns 10% or more of its stock.

2. **Counsel for Plaintiff:**
   H. Clay List
   THE HODGE LAW FIRM, PLLC
   1301 Market Street
   Galveston, Texas 77550
   Telephone: (409) 762-5000
   Facsimile: (409) 763-2300
   Email: shodge@hodgefirm.com
   Email: clist@hodgefirm.com

   Ross M. Good (Local Counsel)
   LOFTUS & EISENBERG, LTD
   161 N. Clark St., Suite 1600
   Chicago, Illinois 60601
   Telephone: (312) 899-6625
   Email: ross@loftusandeisenberg.com

3. **Public Adjuster for Plaintiff**: John Farenzena
   John Farenzena has a 10% interest in the outcome of the matter.

   John Farenzena
   Semper Fi Public Adjusters Midwest, LLC
   34 Shining Willo Way #289
   LaPlata, MD 20646
   (301) 751-3852

4. **Defendant:** Allied Property and Casualty Insurance Company

5. **Counsels for Defendant:**
   Sulema Medrano
   Emily D. Steeb
   Dentons US, LLP
   233 S. Wacker Dr. #5900
   Chicago, IL 60606
   Telephone: (312) 876-8000
   Facsimile: (312) 876-7934
   sulema.medrano@dentons.com
   emily.steeb@dentons.com

In accordance with the order of this Court, if additional persons of entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then counsel will promptly file an amended certificate with the clerk.

Respectfully Submitted,

By: */s/ H. Clay List*
H. Clay List
The Hodge Law Firm, PLLC
The Historic Runge House
1301 Market Street
Galveston, Texas 77550
Telephone: (409) 762-5000
Facsimile: (409) 763-2300
clist@hodgefirm.com

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served in compliance with Federal Rules of Civil Procedure on September 12, 2023, to:

Sulema Medrano
Emily D. Steeb
Dentons US, LLP
233 S. Wacker Dr. #5900
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
sulema.medrano@dentons.com
emily.steeb@dentons.com

ATTORNEYS FOR DEFENDANT

By: */s/ H. Clay List*
H. Clay List