UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GCI CONSOLIDATED, LLC d/b/a GOLF CLUB OF ILLINOIS LINKS LIMITED PARTNERSHIP ROLLING KNOLLS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 1:23-cv-3807 |

### NOTIFICATION AS TO AFFILIATES PURSUANT TO LOCAL RULE 3.2

NOW COMES, through the undersigned counsel, Plaintiff, GCI Consolidated, LLC d/b/a Golf Club of Illinois Links Limited Partnership Rolling Knolls, LLC ("Plaintiff"), and hereby makes the following disclosure pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 3.2:

GCI Consolidated, LLC d/b/a Golf Club of Illinois Links Limited Partnership Rolling Knolls, LLC is an Illinois LLC with no "affiliates" as defined by the U.S.D.C Northern District of Illinois' Local Rule 3.2

Respectfully Submitted,

By: */s/ H. Clay List*
H. Clay List
The Hodge Law Firm, PLLC
The Historic Runge House
1301 Market Street
Galveston, Texas 77550
Telephone: (409) 762-5000
Facsimile: (409) 763-2300
clist@hodgefirm.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The above signed attorney hereby certifies that on March 21, 2024, a copy of the foregoing was served upon the following counsel of record via electronic mail and/or electronic e-file delivery in accordance with the Federal Rules of Civil Procedure:

Sulema Medrano
Emily D. Steeb
233 S. Wacker Dr. #5900,
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
sulema.medrano@dentons.com
emily.steeb@dentons.com

ATTORNEYS FOR ALLIED PROPERTY AND
CASUALTY INSURANCE COMPANY

                                      By: */s/ H. Clay List* _____
                                            H. Clay List