IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GCI Consolidated, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Allied Property and Casualty )<br>Insurance Company, )<br>)<br>Defendant. )<br>) | Case No: 1:23-cv-03807<br><br>Judge Sharon Johnson Coleman |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Plaintiff GCI Consolidated, LLC hereby respectfully requests that this honorable Court grant leave to withdraw as counsel for Plaintiff GCI Consolidated, LLC (hereafter collectively referred to as "Plaintiff") in the above-captioned lawsuit. In support of this motion, GCI states as follows:

1. Ross Good entered appearance on behalf of Plaintiffs on April 29.2024. (Doc. 7)

2. Plaintiff will continue to be represented by other counsel who have already entered their appearance.

**WHEREFORE**, Plaintiff, GCI Consolidated, LLC, respectfully requests that this honorable Court grant this motion for leave to withdraw as counsel and that GCI Consolidated, LLC's appearance be withdrawn, *instanter*.

Dated July 12, 2024

Respectfully submitted,

**GCI CONSOLIDATED, LLC,**
Plaintiff

By:   /s/*Ross M. Good*
         One of His Attorneys

Ross M. Good
THE GOOD LAW GROUP
800 E. Northwest Hwy Suite 814

1

Palatine, IL 60074
Telephone: (847) 600-9576
Email: ross@thegoodlawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

    /s/Ross M. Good